IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KYLE J. MCCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12-0059 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| SHERIFF ENOCH GEORGE and | ) | |
| LIEUTENANT DEBRA WAGONSCHULTZ, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon review, this action is set for a pretrial conference on **Tuesday, September 25, 2012 at 1:00 p.m.** at the United States Courthouse in **Columbia, Tennessee**. The custodian of the Plaintiff shall produce the Plaintiff for this conference.

It is so **ORDERED**.

**ENTERED** this the 14th day of September, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge